Fannie Fish, administratrix of estate of John Martin Fish, deceased, and Central Life Assurance Society, appellants, v. State Bank of Bement, appellee. Gen. No. 9,091.

Opinion filed January 17, 1938.

W. A. Doss and Arnold Sievers, for appellants. N. E. Hutson, for appellee.

Mr. Justice Riess delivered the opinion of the court.